# Exhibit A, Page 2

*Opus East, LLC*

| Name | Invoice Number | Invoice Date | Invoice Amount | Supplier Number | Payment Number | Check Date | Clear Date | Amount |
|------|---------------|--------------|----------------|-----------------|----------------|------------|------------|--------|
| Reliable Contracting Company | APP08-1046700 | 4/25/2009 | $103,978.99 | 1010694 | 10969 | 6/19/2009 | 6/26/2009 | $103,978.99 |
| | | | | | | | | **$103,978.99** |